ALBERT S. GOLDBERG et al., as Receivers of the EQUITABLE MERCHANTS ASSOCIATION, INC., Appellants, *v.* CLIFFORD T. WEIHMAN, Respondent, Impleaded with Others.

(Submitted September 30, 1935; decided October 8, 1935.)

*John J. Curtin* for motion.
*Alexander Slater* opposed.

Motion denied, without costs.